**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X   Case No. 23-42029
**In re:**

**Margarita Onassis Parlionas,**               Chapter 11

       Debtor.
---------------------------------------------------------X
                            ADV. 23-01067

**Margarita Onassis Parlionas,**

                              **New York State Supreme Court Action,**
       Plaintiff,           **Queens County Index No. 721778/2020**

-against-

**Athanasios Parlionas,**

       Defendant.
---------------------------------------------------------X

# AMENDED NOTICE
### PURSUANT TO  28 U.S.C. § 1653
### OF PARTIAL REMOVAL OF STATE ACTION OF THE DEBTOR MARGARITA ONASSIS PARLIONAS TO UNITED STATES BANKRUPTCY COURT UNDER 28 U.S.C. § 1452 AND RULE 9027(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

1.   On or about October 20, 2015, Margarita Onassis Parlionas (Plaintiff or Debtor) commenced divorce proceedings against Athanasios Parlionas (Defendant), in the Supreme Court, County of Queens, New York state.  This action, now pending, is bearing index number 721778/2020 was started with the index no. 12636/2015 (the "State Action").

2.   In the above-referenced action, the Defendant has initiated several actions including sale of the properties including home of the debtor and also pending is several issues related to the payment of fees to other professionals.

3.   The Debtor has several claims against the Defendant including those related to depletion of the marital assets wherein the property in cash and kind has been siphoned off and or transferred to third parties.

4.   On June 7, 2023, the Debtor filed a petition for relief in this Court under chapter 11 of the Bankruptcy Code.

1

5.     On August 15, 2023, the Debtor filed a Notice of Removal of the entire State Action. However, the same Notice is amended pursuant to 28 U.S.C. § 1653 (Amended Notice) to reflect that the Amended Notice of Removal pertains only to the entry of judgment/orders/decisions regarding Equitable Distribution and including marshalling and sale of such assets[1]. The amendment is timely pursuant to FRBP 9027, as it is undertaken prior to the expiry of 90 days commencing on June 7, 2023.

6.     The Debtor has a right to remove the above-described state court action because it is a civil action over which this Court has jurisdiction, and which is removable under 28 U.S.C. § 1409. The pending issues requisitioned to be removed from the state court deals with equitable distribution related orders/decisions/judgments including sale of any marital asset. The removed action would be a core proceeding in the Bankruptcy Court. Upon removal of the action, the Debtor consents to entry of final orders or judgment by the Bankruptcy Court.

7.     A copy of all process and pleadings in the state court action is not subject to public filing, however, will be provided to the chambers. **Ex. A.**  The effected parties have copies of the same and they have access to the state court filings.

WHEREFORE, the Debtor prays that the above referenced state case of *Parlionas v. Parlionas* [to the extent of entry of decisions/orders/judgments regarding equitable distribution of martial assets and including marshaling and sale of assets] be removed pursuant to the Amended Notice of Removal to this Court.

Dated: New York NY
August 28, 2023

/s/*karamvirdahiya*
Dahiya Law Offices, LLC
75 Maiden Lane Suite 606
New York New York 10038
Tel: 212 766 8000
karam@dahiya.law

---

*California Pub. Employees' Ret. Sys. v. WorldCom, Inc.*, 368 F.3d 86, 106 (2d Cir. 2004) ("28 U.S.C. § 1452(a) states that 'a party may remove ***any*** claim or cause of action' ...." )

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X   Case No. 23-42029
**In re:**

**Margarita Onassis Parlionas,**                Chapter 11

       Debtor.
---------------------------------------------------------X
                         ADV. 23-01067

**Margarita Onassis Parlionas,**

                          **New York State Supreme Court Action,**
       Plaintiff,          **Queens County Index No. 721778/2020**

-against-

**Athanasios Parlionas,**

       Defendant.
---------------------------------------------------------X

# <u>AMENDED NOTICE</u>
### PURSUANT TO 28 U.S.C. § 1653
### OF PARTIAL REMOVAL OF STATE ACTION OF THE DEBTOR MARGARITA ONASSIS PARLIONAS TO UNITED STATES BANKRUPTCY COURT UNDER 28 U.S.C. § 1452 AND RULE 9027(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

1. On or about October 20, 2015, Margarita Onassis Parlionas (Plaintiff or Debtor) commenced divorce proceedings against Athanasios Parlionas (Defendant), in the Supreme Court, County of Queens, New York state. This action, now pending, is bearing index number 721778/2020 was started with the index no. 12636/2015 (the "State Action").

2. In the above-referenced action, the Defendant has initiated several actions including sale of the properties including home of the debtor and also pending is several issues related to the payment of fees to other professionals.

3. The Debtor has several claims against the Defendant including those related to depletion of the marital assets wherein the property in cash and kind has been siphoned off and or transferred to third parties.

4. On June 7, 2023, the Debtor filed a petition for relief in this Court under chapter 11 of the Bankruptcy Code.

1

5.   On August 15, 2023, the Debtor filed a Notice of Removal of the entire State Action. However, the same Notice is amended pursuant to 28 U.S.C. § 1653 (Amended Notice) to reflect that the Amended Notice of Removal pertains only to the entry of judgment/orders/decisions regarding Equitable Distribution and including marshalling and sale of such assets[1]. The amendment is timely pursuant to FRBP 9027, as it is undertaken prior to the expiry of 90 days commencing on June 7, 2023.

6.   The Debtor has a right to remove the above-described state court action because it is a civil action over which this Court has jurisdiction, and which is removable under 28 U.S.C. § 1409. The pending issues requisitioned to be removed from the state court deals with equitable distribution related orders/decisions/judgments including sale of any marital asset.  The removed action would be a core proceeding in the Bankruptcy Court. Upon removal of the action, the Debtor consents to entry of final orders or judgment by the Bankruptcy Court.

7.   A copy of all process and pleadings in the state court action is not subject to public filing, however, will be provided to the chambers. **Ex. A.**  The effected parties have copies of the same and they have access to the state court filings.

WHEREFORE, the Debtor prays that the above referenced state case of *Parlionas v. Parlionas* [to the extent of entry of decisions/orders/judgments regarding equitable distribution of martial assets and including marshaling and sale of assets] be removed pursuant to the Amended Notice of Removal to this Court.

Dated: New York NY
August 28, 2023

/s/*karamvirdahiya*
Dahiya Law Offices, LLC
75 Maiden Lane Suite 606
New York New York 10038
Tel: 212 766 8000
karam@dahiya.law

---

*California Pub. Employees' Ret. Sys. v. WorldCom, Inc.*, 368 F.3d 86, 106 (2d Cir. 2004) ("28 U.S.C. § 1452(a) states that 'a party may remove *any* claim or cause of action' ...." )

# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------X   Index No. 12636/15
                                                            Date Summons Filed: 10/21/15

MARGARITA PARLIONAS,

   Plaintiff designates Queens County as the
   place of trial.
   The basis of venue is Plaintiff's residence.

                Plaintiff,

**SUMMONS**

    -against-

Plaintiff resides at
157-22 Powells Cove Blvd
Beechhurst, NY 11357

ATHANASIOS PARLIONAS,

                Defendant.
-------------------------------------------------------X

**ACTION FOR DIVORCE**

To the above named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on Plaintiff's Attorney within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the State of New York, or within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: October 20, 2015

_____
Michael Ian Black, Esq.
Attorney for Plaintiff
270 Madison Avenue, 13 Fl
New York, NY 10016
212-297-9090





SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------------------------X
MARGARITA PARLIONAS,

            Plaintiff,

   -against-

ATHANASIOS PARLIONAS,

            Defendant.
----------------------------------------------------------X

Index No.

**VERIFIED COMPLAINT**

    The Plaintiff, by Michael Ian Black, Esq., complaining of the Defendant, alleges the following:

    **FIRST:** The parties are over the age of 18 years.

    **SECOND:** This court has jurisdiction to hear this action for divorce. The Plaintiff has resided in New York State for a continuous period in excess of two years immediately preceding the commencement of this action.

    **THIRD:** The Plaintiff and Defendant were married to each other on ███████████████████████████████████

    The marriage was <u>not</u> performed by a clergyman, minister or leader of the Society for Ethical Culture.

    **FOURTH:** ███████████████ of the marriage, namely:

<u>Name</u>        <u>Date of Birth</u>        <u>Address</u>

    A second child of the marriage is ███████████████████████████████ Said child is ████████ age and emancipated. There is ████████████████████████ and no ████████████████████████████████████████████████████████████████████████

    The Plaintiff resides at 157-22 Powells Cove Blvd, Beechhurst, NY 11357. The Defendant's address is unknown at present.



That the Court grant such other and further relief as the Court may deem fit and proper.

Dated: October 20, 2015

                                          /s/ Michael Ian Black
Michael Ian Black, Esq.
Attorney for Plaintiff
270 Madison Avenue, 13 Fl
New York, NY 10016
212-297-9090

STATE OF NEW YORK, COUNTY OF ~~BRONX~~ New York, ss.

        I, MARGARITA PARLIONAS, am the Plaintiff in the within action for a divorce. I have read the foregoing Complaint and know the contents thereof. The contents of the Complaint are true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

_____
Margarita Parlionas

Subscribed and sworn to before me
on October 20, 2015

_____
Notary Public

RAFAEL ALARDO
Notary Public, State of New York,
No. 31-4989017
Qualified in New York County
Commission Expires Nov. 20, ~~15~~ 2017

4

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------X
MARGARITA PARLIONAS,

Plaintiff,

-against-

ATHANASIOS PARLIONAS,

Defendant.
-----------------------------------------------------X

---

**SUMMONS AND VERIFIED COMPLAINT**

---

**MICHAEL IAN BLACK, ESQ.**
*Attorney for Plaintiff*
*Office and Post Office Address, Telephone*
270 MADISON AVENUE, 13TH FLOOR
NEW YORK, NEW YORK 10016
(212) 297-9090

---

Service of a copy of the within is hereby admitted.

Dated: ____________________

____________________
Attorney(s) for

---

I hereby certify pursuant to 22 NYCRR § 130-1.1, that, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the papers annexed or the contentions therein are not frivolous as defined in 22 NYCRR § 130-1.1(c)

Dated: ____________________

____________________
Michael Ian Black, Esq.

---

**PLEASE TAKE NOTICE**

___ NOTICE OF ENTRY
that the within is a (*certified*)true copy of a
duly entered in the office of the clerk of the within named court on 2001
___ NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named court, at
on 19 at M.

Dated,

Yours, etc.

**MICHAEL IAN BLACK, ESQ.**
*Attorney for Plaintiff*
*Office and Post Office Address*
270 MADISON AVENUE, 13TH FLOOR
NEW YORK, NEW YORK 10016

To
Attorney(s) for

Queens County Clerk's Office
Paym 2385943 [illegible]/2015 10:14a
Cashier AMHUGHES Register # 1
Tr.2901362 $210.00
Matrimonial
12635/2015 PARLIONAS, MARGARITA v
s. PARLIONAS, ATHANASIOS
Total: $210.00
Check $210.00