UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Chapter 11
In Re:

MARGARITA ONASSIS PARLIONAS, Case No. 1-23-42029-jmm

Debtor.
-----------------------------------------------------------------X
MARGARITA ONASSIS PARLIONAS,

Plaintiff,

-against- Adv. Case No. 1-23-01067-jmm

ATHANASIOS PARLIONAS,

Defendants.
-----------------------------------------------------------------X

**ORDER REMANDING CASE**

**WHEREAS**, Athanasios Parlionas filed a motion for an Order remanding the pending divorce action, titled *Parlionas v. Parlionas*, to the Supreme Court State of New York Queens County, Index No. 012636/2015 (the "Divorce Action"), heretofore removed from said court to this Court by the Debtor [ECF No. 6], pursuant to 28 U.S.C. §1452(b) on equitable grounds and/or requesting that the Bankruptcy Court voluntarily abstain from hearing such proceeding (the "Motion") [ECF No. 8]; and

**WHEREAS**, the Court held a hearing on the Motion on September 27, 2023.

**NOW THEREFORE**, for the reasons set forth on the record of the September 27, 2023 hearing, it is hereby

**ORDERED**, that the Motion is granted ~~to the extent that said Divorce Action be and the same is hereby remanded in part to the Supreme Court State of New York Queens County~~ **to the extent set forth herein (JMM);** and it is further

**ORDERED**, that the said State Court may proceed with the ~~case~~ **Divorce Action (JMM)** as to the dissolution of the marriage and the establishment of domestic support obligations in the Divorce Action; and it is further

**ORDERED**, that the trial in the Divorce Action may proceed, and it is further

**ORDERED**, that the automatic stay is hereby declared and confirmed as being in effect as to the enforcement of claims adjudicated in the Divorce Action against assets of the Bankruptcy Estate; and it is further

**ORDERED**, that the Court has reserved decision regarding the issue of removal/remand of the Divorce Action as to the equitable distribution of the estate property. **Subject to further order of the Court, the automatic stay remains in full force and effect respecting claims made in the Divorce Action for equitable distribution. (JMM)**

Dated: October 12, 2023
Brooklyn, New York

United States Bankruptcy Court
Eastern District of New York

Jil Mazer-Marino
United States Bankruptcy Judge